```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF NEW YORK
 2

 3   -------------------------------X
     UNITED STATES OF AMERICA       :   04-CR-543 (ARR)
 4                                  :
              v.                    :
 5                                  :   April 11, 2005
     COOKE, et al.,                 :   Brooklyn, New York
 6                                  :
                  Defendants.       :
 7   -------------------------------X

 8
          TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
 9              BEFORE THE HONORABLE STEVEN M. GOLD
                 UNITED STATES MAGISTRATE JUDGE
10

11   APPEARANCES:

12
     For the Government:       United States Attorney's Office
13                             BY:  JEFFREY RABKIN, ESQ.
                               Assistant United States Attorney
14                             225 Cadman Plaza East
                               Brooklyn, New York  11201
15

16   For the Defendant:        STEVEN ZISU, ESQ.

17


18
     Court Transcriber:        CARLA NUTTER
19                             TypeWrite Word Processing Service
                               356 Eltingville Boulevard
20                             Staten Island, New York 10312

21

22

23

24

25



     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

```
                                                                 2
 1              THE CLERK:  Criminal Cause for Status Conference,
 2    United States v. Edward Cooke, 04-CR-583.
 3              Counsel.
 4              MR. RABKIN:  Jeff Rabkin appearing on behalf of the
 5    United States standing in for Sean Haran.
 6              MR. ZISU:  Steve Zisu representing Mr. Cooke.
 7              Judge, Mr. Cooke was not produced today.  Today was a
 8    scheduled status conference but Judge Ross rescheduled it to
 9    April 26th.
10              We have an agreement but for the fact that I -- as I
11    think you know, I got a little blow to the head a couple of
12    weeks ago -- we would have had it done by now.  So in fact, I
13    think we're going to do it this morning but anyway --
14              THE COURT:  Well, first of all, how are you feeling?
15              MR. ZISU:  I'm feeling much better, Judge, really.
16                        [Pause in proceedings.]
17              THE COURT:  Now, obviously, the defendant isn't here
18    and I'm reluctant to exclude time in his absence so the
19    question is is there ample time in speedy trial clock left for
20    you to wait until your next appearance before Judge Ross or
21    would you like to have your client produced tomorrow or later
22    in the week to waive speedy trial?
23              MR. ZISU:  I can only tell you, Judge, I've
24    represented him from the beginning.  There is no time charged.
25    We've always been --
```

```
                                                                  3
 1              THE COURT:  Day one hasn't expired yet?
 2              MR. ZISU:  Day one has not expired.  As far as the
 3   defense is concerned there is no time chargeable and --
 4              THE COURT:  All right.
 5              MR. ZISU:  -- I don't believe Mr. Haran would take a
 6   contrary position but I'll be happy to wait for him and if
 7   anyone is uncomfortable with that --
 8              THE COURT:  Well, why don't you just report that back
 9   to Mr. Haran and if you'd like an earlier conference I'll be on
10   duty from today through Thursday and I'll be happy to see you
11   later in the week if there's any need for the Court to address
12   anything --
13              MR. ZISU:  I think that's --
14              THE COURT:  -- otherwise, [inaudible] at Judge Ross'
15   conference and continued good health -- watch it this time will
16   you?
17              MR. ZISU:  I certainly will.  Take care.
18                           * * * * *
19
20
21
22
23
24
25
```

```
                                                                    4
 1                            * * * * *
 2        I certify that the foregoing is a transcript from an
 3   electronic sound recording of the proceedings in the above-
 4   entitled matter.
 5                        _____
 6
 7                                 CARLA NUTTER
 8
 9   Dated:  May 22, 2008
```